# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TATUM FINOCCHIARO,

    Plaintiff,

v.                                                                             Case No:   6:23-cv-540-RBD-LHP

COLOPLAST CORP. and
COLOPLAST MANUFACTURING
US, LLC,

    Defendants.

## ORDER OF DISMISSAL

This cause is before the Court upon the Notice of Settlement filed on July 24, 2023 (Doc. 12), indicating that this case has settled.   Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. The Order to Show Cause (Doc. 11) is **DISCHARGED**.

3. All pending motions are denied as moot and all deadlines and

hearings are terminated.

4. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 26, 2023.

ROY B. DALTON JR.
United States District Judge